UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 18-00331 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LEQUINTON JERRY (01)<br>OMAR WILLIAMS (02) | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motions to Suppress (Record Documents 19 & 31) are **DENIED**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 16th day of July, 2019.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT